## GASKIN v. SIMMONS-BURK CLOTHING CO.

No. 4846. Opinion Filed May 27, 1913.

(132 Pac. 821.)

APPEAL AND ERROR—Time for Taking Proceedings — Dismissal.
Under chapter 18, p. 35, Sess. Laws 1910-11, proceedings in error in the Supreme Court must be brought within six months from the date of the rendition of the judgment or order from which the appeal is sought to be taken, and, when not so brought, this court is without jurisdiction, and the same will be dismissed.

(Syllabus by the Court.)

*Error from County Court, Jefferson County;*
*B. T. Price, Judge.*

Action by the Simmons-Burk Clothing Company against H. I. Gaskin. Judgment for plaintiff, and defendant brings error, and plaintiff moves to dismiss. Motion sustained.

*Chas. E. Davis,* for plaintiff in error.
*N. C. Peters,* for defendant in error.

DUNN, J. This case presents error from the county court of Jefferson county. April 30, 1912, the motion for a new trial was denied, from which order the defendant, on February 27, 1913, began proceedings in error in this court by filing his petition in error with case-made attached. April 30, 1913, counsel for plaintiff filed motion ·to dismiss because the proceeding in error was not begun in this court within six months from the rendition of the judgment or final order complained of. In view of the provisions of chapter 18, p. 35, Sess. Laws 1910-11, wherein it is provided that all proceedings for reversing, vacating, or modifying judgments or final orders shall be commenced within six months from the rendition of the judgment or final order complained of, the motion must be sustained.

All the Justices concur.